Probation Form No. 35

Report and Order Terminating Probation Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION



UNITED STATES OF AMERICA

V.  Case No.: 3:97cr103TSL-001

James Abdul Smith

On September 4, 1998, the above-named was sentenced to two hundred sixty-two (262) months custody of the United States Bureau of Prisons, followed by a five (5) year term of Supervised Release. On March 20, 2013, he began the Jackson Division Reentry Court Program in the Southern District of Mississippi. He has successfully completed the provisions of the program, along with additional efforts to deter criminal activity in the community through participation in a community service project. He has complied with the rules and regulations of his Term of Supervised Release and is no longer in need of supervision. It is accordingly recommended that James Abdul Smith be discharged from his Term of Supervised Release.

Respectfully submitted,

William Jay Simpson
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 9th day of Feb, 2016.

Honorable Tom S. Lee
Senior United States District Judge